| | |
|---|---|
| KAREN R. GOODMAN<br>Taft Stettinius & Hollister<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable: EUGENE R. WEDOFF<br>Chapter 7<br>Location:<br>Hearing Date: / /<br>Hearing Time:<br>Response Date: / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SANCHEZ, CARLOS | § § § § | Case No. 11-48398 |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 30, 2011. The undersigned trustee was appointed on March 16, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of   $   50,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 68.56 |
| Bank service fees | 1,123.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $  48,807.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/03/2012 and the deadline for filing governmental claims was 10/03/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.00, for a total compensation of $5,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2014    By:/s/KAREN R. GOODMAN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Period Ending:** 05/27/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/16/12 (c)  
**§341(a) Meeting Date:** 04/18/12  
**Claims Bar Date:** 10/03/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 9251 Nashville Ave. Morton Grove, IL 60053<br>Imported from original petition Doc# 1 | 545,500.00 | 0.00 | | 0.00 | FA |
| 2 | 3530 Mystic Pointe Dr. Aventura, FL 33180<br>Imported from original petition Doc# 1 | 155,000.00 | 3,247.00 | | 12,500.00 | FA |
| 3 | Checking account with Charter One<br>Imported from original petition Doc# 1 | 146.00 | 146.00 | | 0.00 | FA |
| 4 | Savings account with Charter One<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Savings account with Chase<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with Chater One Bank<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | misc used household goods<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 8 | used clothing<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance through Colonial<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401(K)<br>Imported from original petition Doc# 1 | 30,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Nissan Murano - 60K miles<br>Imported from original petition Doc# 1 | 14,225.00 | 4,813.00 | | 12,500.00 | FA |
| 12 | 1999 Oldsmobile Alero - 40K miles<br>Imported from original petition Doc# 1 | 2,925.00 | 2,925.00 | | 12,500.00 | FA |
| 13 | 1997 Mercedes SL300 - 168K miles - paid in full<br>Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 12,500.00 | FA |
| 14 | 2004 Jeep Liberty - 84K miles - paid in full - s<br>Imported from original petition Doc# 1  (See Footnote) | 8,300.00 | 8,300.00 | | 0.00 | FA |
| 15 | 2003 Ford Mustang Cobra - 96K miles - paid in fu<br>Imported from original petition Doc# 1 | 13,350.00 | 13,350.00 | | 0.00 | FA |
| 16 | 2004 Mazda 6 - 86K miles - paid in full - son dr | 6,900.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS

**Trustee:** (520191)  KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/16/12 (c)  
**§341(a) Meeting Date:** 04/18/12

**Period Ending:** 05/27/14  
**Claims Bar Date:** 10/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 17 | 2008 Pontiac Solstice - 48K miles<br>Imported from original petition Doc# 1 | 12,800.00 | 0.00 |  | 0.00 | FA |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$797,096.00** | **$38,881.00** |  | **$50,000.00** | **$0.00** |

RE PROP# 14    Debtor provided proof that car was paid for by sons with no contribution from Debtor.

**Major Activities Affecting Case Closing:**

File TFR

**Initial Projected Date Of Final Report (TFR):**    March 31, 2013    **Current Projected Date Of Final Report (TFR):**    June 30, 2014

Printed: 05/27/2014 11:57 AM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Taxpayer ID #:** **-***2254  
**Period Ending:** 05/27/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******95-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/06/12 | | Carlos Sanchez | Sale of non-exempt assets per Court Order dated 8/28/12 | | | 5,000.00 | | 5,000.00 |
| | {2} | | Sale of non-exempt assets per Court Order dated 8/28/12 | 1,250.00 | 1110-000 | | | 5,000.00 |
| | {11} | | Sale of non-exempt asset per Court Order dated 8/28/12 | 1,250.00 | 1129-000 | | | 5,000.00 |
| | {12} | | Sale of non-exempt asset per Court Order dated 8/28/12 | 1,250.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Sale of non-exempt asset per Court Order dated 8/28/12 | 1,250.00 | 1129-000 | | | 5,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,975.00 |
| 10/18/12 | | Carlos Sanchez | Partial payment of purchase of non-exempt assets per Court Order dated 8/28/12 | | | 5,000.00 | | 9,975.00 |
| | {2} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1110-000 | | | 9,975.00 |
| | {11} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 9,975.00 |
| | {12} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 9,975.00 |
| | {13} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 9,975.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,950.00 |
| 11/27/12 | | Carlos Sanchez | Partial payment of purchase of non-exempt assets per Court Order dated 8/28/12 | | | 5,000.00 | | 14,950.00 |
| | {2} | | Sale of non-exempt asset per Court Order dated 8/28/2012 | 1,250.00 | 1110-000 | | | 14,950.00 |
| | {11} | | Sale of non-exempt asset per Court Order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 14,950.00 |
| | {12} | | Sale of non-exempt | 1,250.00 | 1129-000 | | | 14,950.00 |

Subtotals :    $15,000.00    $50.00

{} Asset reference(s)    Printed: 05/27/2014 11:57 AM    V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Taxpayer ID #:** **-***2254  
**Period Ending:** 05/27/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******95-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | asset per Court Order<br>dated 8/28/2012 | | | | |
| | {13} | | Sale of non-exempt   1,250.00<br>asset per Court Order<br>dated 8/28/2012 | 1129-000 | | | 14,950.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,925.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.56 | 14,895.44 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052019188<br>20130103 | 9999-000 | | 14,895.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,895.44 | |
| | | | **Subtotal** | | 15,000.00 | 104.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$104.56** | |

{} Asset reference(s)

Printed: 05/27/2014 11:57 AM   V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  
**Taxpayer ID #:** **-***2254  
**Period Ending:** 05/27/14

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,895.44 | | 14,895.44 |
| 01/07/13 | | Carlos Sanchez | Partial payment of sale of non-exempt assets per Court Order dated 8/28/12 | | 5,000.00 | | 19,895.44 |
| | {2} | | 1,250.00 | 1110-000 | | | 19,895.44 |
| | {11} | | 1,250.00 | 1129-000 | | | 19,895.44 |
| | {12} | | 1,250.00 | 1129-000 | | | 19,895.44 |
| | {13} | | 1,250.00 | 1129-000 | | | 19,895.44 |
| 01/22/13 | | Carlos Sanchez | Partial payment of sale of non-exempt assets per Court Order dated 8/28/12 | | 5,000.00 | | 24,895.44 |
| | {2} | | 1,250.00 | 1110-000 | | | 24,895.44 |
| | {11} | | 1,250.00 | 1129-000 | | | 24,895.44 |
| | {12} | | 1,250.00 | 1129-000 | | | 24,895.44 |
| | {13} | | 1,250.00 | 1129-000 | | | 24,895.44 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.27 | 24,865.17 |
| 02/13/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2013 FOR CASE #11-48398, Bond No. 016026455 | 2300-000 | | 28.16 | 24,837.01 |
| 02/20/13 | | Carlos Sanchez | Partial payment of sale of non-exempt assets per Court Order dated 8/28/12~ | | 6,000.00 | | 30,837.01 |
| | {2} | | Sale of non-exempt per Court Order 08.28.2012    1,500.00 | 1110-000 | | | 30,837.01 |
| | {11} | | Partial payment of sale of non-exempt asset per Court Order of 08.28.2012    1,500.00 | 1129-000 | | | 30,837.01 |
| | {12} | | Partial payment of sale of non-exempt asset per Court Order of 08.28.2012    1,500.00 | 1129-000 | | | 30,837.01 |
| | {13} | | Partial payment of sale of non-exempt asset per Court Order of 08.28.2012    1,500.00 | 1129-000 | | | 30,837.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.38 | 30,801.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.82 | 30,758.81 |
| 04/04/13 | | Carlos Sanchez | Partial payment for sale of unemcumbered assets pursuant to Court Order dated | | 5,000.00 | | 35,758.81 |

Subtotals :    $35,895.44    $136.63

{} Asset reference(s)

Printed: 05/27/2014 11:57 AM    V.13.15

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  
**Taxpayer ID #:** **-***2254  
**Period Ending:** 05/27/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8/28/12~~~~ | | | | |
| | {2} | | Partial payment of sale of non-exempt asset per Court Order 8/28/2012 | 1,250.00 | 1110-000 | | | 35,758.81 |
| | {11} | | Partial payment of sale of non-exempt asset per Court Order of 8/28/212 | 1,250.00 | 1129-000 | | | 35,758.81 |
| | {12} | | Partial payment of sale of non-exempt asset per Court Order of 8/28/2012 | 1,250.00 | 1129-000 | | | 35,758.81 |
| | {13} | | Partial payment of sale of non-exempt asset per Court Order of 8/28/2012 | 1,250.00 | 1129-000 | | | 35,758.81 |
| 04/29/13 | | Carlos Sanchez | Partial payment for sale of non-exempt assets per Court Order dated 8/28/12~ | | 9,000.00 | | 44,758.81 |
| | {2} | | Partial payment for sale of non-exempt asset | 2,250.00 | 1110-000 | | | 44,758.81 |
| | {11} | | Partial payment for sale of non-exempt asset | 2,250.00 | 1129-000 | | | 44,758.81 |
| | {12} | | Partial payment for sale of non-exempt asset | 2,250.00 | 1129-000 | | | 44,758.81 |
| | {13} | | Partial payment for sale of non-exempt asset | 2,250.00 | 1129-000 | | | 44,758.81 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.18 | 44,705.63 |
| 05/20/13 | | Carlos Sanchez | Final payment per sale order dated 8/28/12~ | | 5,000.00 | | 49,705.63 |
| | {2} | | Final payment of sale of assets | 1,250.00 | 1110-000 | | | 49,705.63 |
| | {11} | | Final payment of sale of assets | 1,250.00 | 1129-000 | | | 49,705.63 |
| | {12} | | Final Payment of sale of assets | 1,250.00 | 1129-000 | | | 49,705.63 |
| | {13} | | Final paymen tof sale of assets | 1,250.00 | 1129-000 | | | 49,705.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.84 | 49,636.79 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.63 | 49,570.16 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.42 | 49,491.74 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.18 | 49,420.56 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.71 | 49,351.85 |

Subtotals :  $14,000.00   $406.96

{} Asset reference(s)

Printed: 05/27/2014 11:57 AM    V.13.15

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Taxpayer ID #:** **-***2254  
**Period Ending:** 05/27/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.08 | 49,273.77 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.14 | 49,207.63 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.85 | 49,129.78 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.02 | 49,056.76 |
| 02/13/14 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #11-48398, 016026455 | 2300-000 | | 40.40 | 49,016.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.84 | 48,950.52 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.06 | 48,882.46 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.00 | 48,807.46 |
| | | | **ACCOUNT TOTALS** | | 49,895.44 | 1,087.98 | **$48,807.46** |
| | | | Less: Bank Transfers | | 14,895.44 | 0.00 | |
| | | | **Subtotal** | | 35,000.00 | 1,087.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,000.00** | **$1,087.98** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******95-66** | 15,000.00 | 104.56 | 0.00 |
| **Checking # ******2966** | 35,000.00 | 1,087.98 | 48,807.46 |
| | **$50,000.00** | **$1,192.54** | **$48,807.46** |

{} Asset reference(s)    Printed: 05/27/2014 11:57 AM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 3, 2012

**Case Number:** 11-48398  
**Debtor Name:** SANCHEZ, CARLOS

Page: 1

**Date:** May 27, 2014  
**Time:** 11:58:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $5,750.00 | $0.00 | 5,750.00 |
| 200 | Taft Stettinius & Hollister | Admin Ch. 7 | | $3,005.00 | $0.00 | 3,005.00 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $1,063.41 | $0.00 | 1,063.41 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $17.01 | $0.00 | 17.01 |
| 4P 570 | IRS<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $128,139.17 | $0.00 | 128,139.17 |
| 5P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $19,977.47 | $0.00 | 19,977.47 |
| 1 100 | Nissan Motor Acceptance Corporation<br>PO Box 660366<br>Dallas, TX 75266-0366 | Secured | Objection to claim allowed pursuant to Court Order of 3/26/14 | $0.00 | $0.00 | 0.00 |
| 2 100 | Wells Fargo Bank, N.A.<br>AMERICAN HOME MORTGAGE SERVICING,INC.,<br>COPPELL, TX 75019 | Secured | Trustee sold equity in condo to debtor subject to liens, claims and encumbrances, therefore property is no longer property of the estate and lien claim has been satisfied (as ruled from the bench pursuant to objection to claim filed by Trustee, which was overruled.) | $0.00 | $0.00 | 0.00 |
| 3 100 | Capital One Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006 | Secured | Claim withdrawn per Docket Entry 82 3/21/14. | $0.00 | $0.00 | 0.00 |
| 4S 201 | IRS<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Secured | | $107,483.00 | $0.00 | 107,483.00 |
| 5S 201 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | | $15,185.68 | $0.00 | 15,185.68 |
| 4U 610 | IRS<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $177,380.89 | $0.00 | 177,380.89 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 3, 2012

**Case Number:** 11-48398　　　　　　　　　　　Page: 2　　　　　　　　　　　**Date:** May 27, 2014
**Debtor Name:** SANCHEZ, CARLOS　　　　　　　　　　　　　　　　　　　　　　　**Time:** 11:58:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5U 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $4,558.37 | $0.00 | 4,558.37 |
| 6 610 | LINDIA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $323.94 | $0.00 | 323.94 |
| 7 610 | eCAST Settlement Corporation, assignee<br>of GE Money Bank JCP CONSUMER<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $2,865.77 | $0.00 | 2,865.77 |
| 8 610 | Verizon Wireless<br>Po Box 3397<br>Bloomington, IL 61702 | Unsecured | | $273.81 | $0.00 | 273.81 |
| **<< Totals >>** | | | | 466,023.52 | 0.00 | 466,023.52 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-48398
Case Name: SANCHEZ, CARLOS
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 48,807.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | IRS | 107,483.00 | 107,483.00 | 0.00 | 34,147.52 |
| 5S | Illinois Department of Revenue | 15,185.68 | 15,185.68 | 0.00 | 4,824.52 |

Total to be paid to secured creditors: $ 38,972.04
Remaining balance: $ 9,835.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister | 3,005.00 | 0.00 | 3,005.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,063.41 | 0.00 | 1,063.41 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 17.01 | 0.00 | 17.01 |

Total to be paid for chapter 7 administration expenses: $ 9,835.42
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $148,116.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4P | IRS | 128,139.17 | 0.00 | 0.00 |
| 5P | Illinois Department of Revenue | 19,977.47 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 185,402.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4U | IRS | 177,380.89 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 4,558.37 | 0.00 | 0.00 |
| 6 | LINDIA, LLC | 323.94 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corporation, assignee | 2,865.77 | 0.00 | 0.00 |
| 8 | Verizon Wireless | 273.81 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**