|                    |                       |
|--------------------|-----------------------|
| The Honorable:     | EUGENE R. WEDOFF      |
| Chapter 7          |                       |
| Location:          | Room 744              |
| Hearing Date:      | 08/06/2014            |
| Hearing Time:      | 10:00am               |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | SANCHEZ, CARLOS | § | Case No. 11-48398 |
|---|---|---|---|
|  |  | § |  |
| Debtor(s) |  | §§ |  |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/06/2014 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2014        By:    /s/KAREN R. GOODMAN
                                      Trustee

KAREN R. GOODMAN
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com
**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | Room 744 |
| Suite 2800 | Hearing Date: | 08/06/2014 |
| Chicago, IL  60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SANCHEZ, CARLOS                §   Case No. 11-48398
                                      §
                                      §
Debtor(s)                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   50,000.00 |
| *and approved disbursements of* | $   1,192.54 |
| *leaving a balance on hand of*  [1] | $   48,807.46 |

**Balance on hand:**                         $        48,807.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | IRS | 107,483.00 | 107,483.00 | 0.00 | 34,147.52 |
| 5S | Illinois Department of Revenue | 15,185.68 | 15,185.68 | 0.00 | 4,824.52 |

Total to be paid to secured creditors:     $   38,972.04
Remaining balance:                         $    9,835.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister | 3,005.00 | 0.00 | 3,005.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,063.41 | 0.00 | 1,063.41 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Expenses - Alan D. Lasko | | 0.00 | 17.01 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 9,835.42 |
| Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $148,116.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | IRS | 128,139.17 | 0.00 | 0.00 |
| 5P | Illinois Department of Revenue | 19,977.47 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 185,402.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | IRS | 177,380.89 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 4,558.37 | 0.00 | 0.00 |
| 6 | LINDIA, LLC | 323.94 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corporation, assignee | 2,865.77 | 0.00 | 0.00 |
| 8 | Verizon Wireless | 273.81 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-48398-ERW
Carlos Sanchez                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: Jul 08, 2014
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2014.
db         +Carlos Sanchez,    9251 Nashville Ave.,    Morton Grove, IL 60053-1438
18120738   +American Home Mtg Servicing,    1525 South Beltline Ave.,   Coppell, TX 75019-4913
18120739   +American Home Mtg Svci,    1525 South Beltline,   Coppell, TX 75019-4913
18120742   +Ford Motor Credit Corporation,    Ford Credit,   Po Box 6275,   Deerborn, MI 48121-6275
18419952    Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
18120743   +Illinois Department of Revenue,    P O Box 9041,   Springfield, IL 62791-9041
18120746   +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
18139764    Nissan Motor Acceptance Corporation,    PO Box 660366,   Dallas TX 75266-0366
18292189   +Wells Fargo Bank, N.A.,    AMERICAN HOME MORTGAGE SERVICING,INC.,   BANKRUPTCY DEPARTMENT,
             1525 S. BELTLINE RD SUITE 100N,    COPPELL, TEXAS 75019-4913
18584144    eCAST Settlement Corporation, assignee,    of GE Money Bank JCP CONSUMER,   POB 35480,
             Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18305389   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 09 2014 01:37:22
             Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
18120740   +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 09 2014 01:20:41
             Capital One Auto Finance,   3905 N Dallas Pkwy,   Plano, TX 75093-7892
18252271   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 09 2014 01:38:57
             Capital One Auto Finance Department,   c/o Ascension Capital Group,   P.O. Box 201347,
             Arlington, TX 76006-1347
18120741   +E-mail/Text: bknotice@erccollections.com Jul 09 2014 01:19:03       Enhanced Recovery Co L,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
18120745    E-mail/Text: cio.bncmail@irs.gov Jul 09 2014 01:13:13       IRS,
             Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
18120744    E-mail/Text: cio.bncmail@irs.gov Jul 09 2014 01:13:13       Internal Revenue Service,
             Dept of Treasury,   POB 7346,   Philadelphia, PA 19101-7346
18477941   +E-mail/Text: bncmail@w-legal.com Jul 09 2014 01:19:09       LINDIA, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18662842*  +Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
18120747   ##+Verizon Wireless,   Po Box 3397,   Bloomington, IL 61702-3397
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2014 at the address(es) listed below:
              Anthony Olivadoti    on behalf of Trustee Marilyn O Marshall courtdocs@chi13.com
              Heather M Giannino    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities, Inc., Asset-Backed Pass-Through Certificates bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Jennifer M Rinn    on behalf of Creditor    Capital One Auto Finance JenniferR@kropik.net
              John P Carlin    on behalf of Debtor Carlos  Sanchez jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              Karen R Goodman, ESQ    on behalf of Accountant Alan D Lasko kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com

```
District/off: 0752-1          User: gbeemster          Page 2 of 2          Date Rcvd: Jul 08, 2014
                              Form ID: pdf006          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Karen R Goodman, ESQ   on behalf of Attorney   Taft Stettinius & Hollister LLP
         kgoodman@taftlaw.com,   il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
        Karen R Goodman, ESQ   on behalf of Trustee Karen R Goodman, ESQ kgoodman@shefskylaw.com,
         il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
        Nisha B Parikh   on behalf of Creditor   American Home Mortgage Servicing, Inc.
         nparikh@fal-illinois.com,   bankruptcy@fal-illinois.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Timothy R Yueill   on behalf of Creditor   Wells Fargo Bank, N.A. timothyy@nevellaw.com
                                                                                                                       TOTAL: 11