| | |
|---|---|
| KAREN R. GOODMAN<br>Taft Stettinius & Hollister<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601<br>(312) 527-4000<br>　　　　　Chapter 7 Trustee | The Honorable:　　　　　EUGENE R. WEDOFF<br>Chapter   7<br>Location: _____<br>Hearing Date: _____ / /<br>Hearing Time: _____<br>Response Date: _____ / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:  SANCHEZ, CARLOS<br><br><br>Debtor(s) | §　Case No. 11-48398<br>§<br>§<br>§ |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

　　　KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $618,946.00<br>*(without deducting any secured claims)* | Assets Exempt:  $49,250.00 |
| Total Distribution to Claimants: $38,972.04 | Claims Discharged<br>Without Payment: $333,519.42 |
| Total Expenses of Administration: $11,027.96 | |

　　　3)  Total gross receipts of $     50,000.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of  $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $25,233.22 | $172,819.48 | $122,668.68 | $38,972.04 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,027.96 | 11,027.96 | 11,027.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 148,116.64 | 148,116.64 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 185,402.78 | 185,402.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $25,233.22 | $517,366.86 | $467,216.06 | $50,000.00 |

4) This case was originally filed under Chapter 7 on November 30, 2011. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2014      By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3530 Mystic Pointe Dr. Aventura, FL 33180 | 1110-000 | 12,500.00 |
| 2006 Nissan Murano - 60K miles | 1129-000 | 12,500.00 |
| 1999 Oldsmobile Alero - 40K miles | 1129-000 | 12,500.00 |
| 1997 Mercedes SL300 - 168K miles - paid in full | 1129-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nissan Motor Acceptance Corporation | 4110-000 | N/A | 2,040.23 | 0.00 | 0.00 |
| 2 | Wells Fargo Bank, N.A. | 4110-000 | N/A | 38,536.72 | 0.00 | 0.00 |
| 3 | Capital One Auto Finance | 4110-000 | 10,270.00 | 9,573.85 | 0.00 | 0.00 |
| 4S | IRS | 4300-070 | N/A | 107,483.00 | 107,483.00 | 34,147.52 |
| 5S | Illinois Department of Revenue | 4800-000 | 14,963.22 | 15,185.68 | 15,185.68 | 4,824.52 |
| **TOTAL SECURED CLAIMS** | | | **$25,233.22** | **$172,819.48** | **$122,668.68** | **$38,972.04** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 5,750.00 | 5,750.00 | 5,750.00 |
| Taft Stettinius & Hollister | 3110-000 | N/A | 3,005.00 | 3,005.00 | 3,005.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,063.41 | 1,063.41 | 1,063.41 |
| ALAN D. LASKO | 3420-000 | N/A | 17.01 | 17.01 | 17.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.56 | 29.56 | 29.56 |
| Rabobank, N.A. | 2600-000 | N/A | 30.27 | 30.27 | 30.27 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 28.16 | 28.16 | 28.16 |
| Rabobank, N.A. | 2600-000 | N/A | 35.38 | 35.38 | 35.38 |
| Rabobank, N.A. | 2600-000 | N/A | 42.82 | 42.82 | 42.82 |
| Rabobank, N.A. | 2600-000 | N/A | 53.18 | 53.18 | 53.18 |
| Rabobank, N.A. | 2600-000 | N/A | 68.84 | 68.84 | 68.84 |
| Rabobank, N.A. | 2600-000 | N/A | 66.63 | 66.63 | 66.63 |
| Rabobank, N.A. | 2600-000 | N/A | 78.42 | 78.42 | 78.42 |
| Rabobank, N.A. | 2600-000 | N/A | 71.18 | 71.18 | 71.18 |
| Rabobank, N.A. | 2600-000 | N/A | 68.71 | 68.71 | 68.71 |
| Rabobank, N.A. | 2600-000 | N/A | 78.08 | 78.08 | 78.08 |
| Rabobank, N.A. | 2600-000 | N/A | 66.14 | 66.14 | 66.14 |
| Rabobank, N.A. | 2600-000 | N/A | 77.85 | 77.85 | 77.85 |
| Rabobank, N.A. | 2600-000 | N/A | 73.02 | 73.02 | 73.02 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 40.40 | 40.40 | 40.40 |
| Rabobank, N.A. | 2600-000 | N/A | 65.84 | 65.84 | 65.84 |
| Rabobank, N.A. | 2600-000 | N/A | 68.06 | 68.06 | 68.06 |
| Rabobank, N.A. | 2600-000 | N/A | 75.00 | 75.00 | 75.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,027.96 | $11,027.96 | $11,027.96 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | IRS | 5800-000 | N/A | 128,139.17 | 128,139.17 | 0.00 |
| 5P | Illinois Department of Revenue | 5800-000 | N/A | 19,977.47 | 19,977.47 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $148,116.64 | $148,116.64 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4U | IRS | 7100-000 | N/A | 177,380.89 | 177,380.89 | 0.00 |
| 5U | Illinois Department of Revenue | 7100-000 | N/A | 4,558.37 | 4,558.37 | 0.00 |
| 6 | LINDIA, LLC | 7100-000 | N/A | 323.94 | 323.94 | 0.00 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 2,865.77 | 2,865.77 | 0.00 |
| 8 | Verizon Wireless | 7100-000 | N/A | 273.81 | 273.81 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $185,402.78 | $185,402.78 | $0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Period Ending:** 09/19/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/16/12 (c)  
**§341(a) Meeting Date:** 04/18/12  
**Claims Bar Date:** 10/03/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 9251 Nashville Ave. Morton Grove, IL 60053  Imported from original petition Doc# 1 | 545,500.00 | 0.00 | | 0.00 | FA |
| 2 | 3530 Mystic Pointe Dr. Aventura, FL 33180  Imported from original petition Doc# 1 | 155,000.00 | 3,247.00 | | 12,500.00 | FA |
| 3 | Checking account with Charter One  Imported from original petition Doc# 1 | 146.00 | 146.00 | | 0.00 | FA |
| 4 | Savings account with Charter One  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Savings account with Chase  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with Chater One Bank  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | misc used household goods  Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 8 | used clothing  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance through Colonial  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401(K)  Imported from original petition Doc# 1 | 30,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Nissan Murano - 60K miles  Imported from original petition Doc# 1 | 14,225.00 | 4,813.00 | | 12,500.00 | FA |
| 12 | 1999 Oldsmobile Alero - 40K miles  Imported from original petition Doc# 1 | 2,925.00 | 2,925.00 | | 12,500.00 | FA |
| 13 | 1997 Mercedes SL300 - 168K miles - paid in full  Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 12,500.00 | FA |
| 14 | 2004 Jeep Liberty - 84K miles - paid in full - s  Imported from original petition Doc# 1  (See Footnote) | 8,300.00 | 8,300.00 | | 0.00 | FA |
| 15 | 2003 Ford Mustang Cobra - 96K miles - paid in fu  Imported from original petition Doc# 1 | 13,350.00 | 13,350.00 | | 0.00 | FA |
| 16 | 2004 Mazda 6 - 86K miles - paid in full - son dr | 6,900.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Period Ending:** 09/19/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/16/12 (c)  
**§341(a) Meeting Date:** 04/18/12  
**Claims Bar Date:** 10/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 17 | 2008 Pontiac Solstice - 48K miles<br>Imported from original petition Doc# 1 | 12,800.00 | 0.00 |  | 0.00 | FA |
| 17 | **Assets    Totals** (Excluding unknown values) | **$797,096.00** | **$38,881.00** |  | **$50,000.00** | **$0.00** |

RE PROP# 14    Debtor provided proof that car was paid for by sons with no contribution from Debtor.

---

**Major Activities Affecting Case Closing:**

File TFR

**Initial Projected Date Of Final Report (TFR):**    March 31, 2013    **Current Projected Date Of Final Report (TFR):**    July 3, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Taxpayer ID #:** **-***2254  
**Period Ending:** 09/19/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******95-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/06/12 | | Carlos Sanchez | Sale of non-exempt assets per Court Order dated 8/28/12 | | | 5,000.00 | | 5,000.00 |
| | {2} | | Sale of non-exempt assets per Court Order dated 8/28/12 | 1,250.00 | 1110-000 | | | 5,000.00 |
| | {11} | | Sale of non-exempt asset per Court Order dated 8/28/12 | 1,250.00 | 1129-000 | | | 5,000.00 |
| | {12} | | Sale of non-exempt asset per Court Order dated 8/28/12 | 1,250.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Sale of non-exempt asset per Court Order dated 8/28/12 | 1,250.00 | 1129-000 | | | 5,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,975.00 |
| 10/18/12 | | Carlos Sanchez | Partial payment of purchase of non-exempt assets per Court Order dated 8/28/12 | | | 5,000.00 | | 9,975.00 |
| | {2} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1110-000 | | | 9,975.00 |
| | {11} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 9,975.00 |
| | {12} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 9,975.00 |
| | {13} | | Sale of non-exempt assets per Court order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 9,975.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 9,950.00 |
| 11/27/12 | | Carlos Sanchez | Partial payment of purchase of non-exempt assets per Court Order dated 8/28/12 | | | 5,000.00 | | 14,950.00 |
| | {2} | | Sale of non-exempt asset per Court Order dated 8/28/2012 | 1,250.00 | 1110-000 | | | 14,950.00 |
| | {11} | | Sale of non-exempt asset per Court Order dated 8/28/2012 | 1,250.00 | 1129-000 | | | 14,950.00 |
| | {12} | | Sale of non-exempt | 1,250.00 | 1129-000 | | | 14,950.00 |

Subtotals :    $15,000.00    $50.00

{} Asset reference(s)

Printed: 09/19/2014 12:45 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-48398 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | SANCHEZ, CARLOS | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******95-66 - Checking Account |
| Taxpayer ID #: | **-***2254 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/19/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | asset per Court Order<br>dated 8/28/2012 | | | | |
| | {13} | | Sale of non-exempt     1,250.00<br>asset per Court Order<br>dated 8/28/2012 | 1129-000 | | | 14,950.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,925.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.56 | 14,895.44 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052019188 20130103 | 9999-000 | | 14,895.44 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,895.44 | |
| | | | Subtotal | | 15,000.00 | 104.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,000.00 | $104.56 | |

{} Asset reference(s)

Printed: 09/19/2014 12:45 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-48398 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | SANCHEZ, CARLOS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***2254 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/19/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,895.44 | | 14,895.44 |
| 01/07/13 | | Carlos Sanchez | Partial payment of sale of non-exempt assets per Court Order dated 8/28/12 | | 5,000.00 | | 19,895.44 |
| | {2} | | 1,250.00 | 1110-000 | | | 19,895.44 |
| | {11} | | 1,250.00 | 1129-000 | | | 19,895.44 |
| | {12} | | 1,250.00 | 1129-000 | | | 19,895.44 |
| | {13} | | 1,250.00 | 1129-000 | | | 19,895.44 |
| 01/22/13 | | Carlos Sanchez | Partial payment of sale of non-exempt assets per Court Order dated  8/28/12 | | 5,000.00 | | 24,895.44 |
| | {2} | | 1,250.00 | 1110-000 | | | 24,895.44 |
| | {11} | | 1,250.00 | 1129-000 | | | 24,895.44 |
| | {12} | | 1,250.00 | 1129-000 | | | 24,895.44 |
| | {13} | | 1,250.00 | 1129-000 | | | 24,895.44 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.27 | 24,865.17 |
| 02/13/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2013 FOR CASE #11-48398, Bond No. 016026455 | 2300-000 | | 28.16 | 24,837.01 |
| 02/20/13 | | Carlos Sanchez | Partial payment of  sale of non-exempt assets per Court Order dated 8/28/12~ | | 6,000.00 | | 30,837.01 |
| | {2} | | Sale of non-exempt per Court Order 08.28.2012    1,500.00 | 1110-000 | | | 30,837.01 |
| | {11} | | Partial payment of sale of non-exempt asset per Court Order of 08.28.2012    1,500.00 | 1129-000 | | | 30,837.01 |
| | {12} | | Partial payment of  sale of non-exempt asset per Court Order of 08.28.2012    1,500.00 | 1129-000 | | | 30,837.01 |
| | {13} | | Partial payment of sale of non-exempt asset per Court Order of 08.28.2012    1,500.00 | 1129-000 | | | 30,837.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.38 | 30,801.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.82 | 30,758.81 |
| 04/04/13 | | Carlos Sanchez | Partial payment for sale of unemcumbered assets pursuant to Court Order dated | | 5,000.00 | | 35,758.81 |

Subtotals :   $35,895.44   $136.63

{} Asset reference(s)

Printed: 09/19/2014 12:45 PM    V.13.15

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-48398 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | SANCHEZ, CARLOS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***2254 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/19/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8/28/12~~~~ | | | | |
| | {2} | | Partial payment of sale of non-exempt asset per Court Order 8/28/2012    1,250.00 | 1110-000 | | | 35,758.81 |
| | {11} | | Partial payment of sale of non-exempt asset per Court Order of 8/28/212    1,250.00 | 1129-000 | | | 35,758.81 |
| | {12} | | Partial payment of sale of non-exempt asset per Court Order of 8/28/2012    1,250.00 | 1129-000 | | | 35,758.81 |
| | {13} | | Partial payment of sale of non-exempt asset per Court Order of 8/28/2012    1,250.00 | 1129-000 | | | 35,758.81 |
| 04/29/13 | | Carlos Sanchez | Partial payment for sale of non-exempt assets per Court Order dated 8/28/12~ | | 9,000.00 | | 44,758.81 |
| | {2} | | Partial payment for sale of non-exempt asset    2,250.00 | 1110-000 | | | 44,758.81 |
| | {11} | | Partial payment for sale of non-exempt asset    2,250.00 | 1129-000 | | | 44,758.81 |
| | {12} | | Partial payment for sale of non-exempt asset    2,250.00 | 1129-000 | | | 44,758.81 |
| | {13} | | Partial payment for sale of non-exempt asset    2,250.00 | 1129-000 | | | 44,758.81 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.18 | 44,705.63 |
| 05/20/13 | | Carlos Sanchez | Final payment per sale order dated 8/28/12~ | | 5,000.00 | | 49,705.63 |
| | {2} | | Final payment of sale of assets    1,250.00 | 1110-000 | | | 49,705.63 |
| | {11} | | Final payment of sale of assets    1,250.00 | 1129-000 | | | 49,705.63 |
| | {12} | | Final Payment of sale of assets    1,250.00 | 1129-000 | | | 49,705.63 |
| | {13} | | Final paymen tof sale of assets    1,250.00 | 1129-000 | | | 49,705.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.84 | 49,636.79 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.63 | 49,570.16 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.42 | 49,491.74 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.18 | 49,420.56 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.71 | 49,351.85 |

Subtotals :    $14,000.00    $406.96

{} Asset reference(s)

Printed: 09/19/2014 12:45 PM    V.13.15

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-48398  
**Case Name:** SANCHEZ, CARLOS  

**Taxpayer ID #:** **-***2254  
**Period Ending:** 09/19/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.08 | 49,273.77 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.14 | 49,207.63 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.85 | 49,129.78 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.02 | 49,056.76 |
| 02/13/14 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #11-48398, 016026455 | 2300-000 | | 40.40 | 49,016.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.84 | 48,950.52 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.06 | 48,882.46 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.00 | 48,807.46 |
| 08/07/14 | 10103 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 08/06/2014 | 3420-000 | | 17.01 | 48,790.45 |
| 08/07/14 | 10104 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 08/06/2014 | 3410-000 | | 1,063.41 | 47,727.04 |
| 08/07/14 | 10105 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 08.06.2014 | 2100-000 | | 5,750.00 | 41,977.04 |
| 08/07/14 | 10106 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 08.06.2014 | 3110-000 | | 3,005.00 | 38,972.04 |
| 08/07/14 | 10107 | IRS | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4S PER COURT ORDER OF 08.06.2014 | 4300-070 | | 34,147.52 | 4,824.52 |
| 08/07/14 | 10108 | Illinois Department of Revenue | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5S PER COURT ORDER OF 08.06.2014 | 4800-000 | | 4,824.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 49,895.44 | 49,895.44 | $0.00 |
| | | | Less: Bank Transfers | | 14,895.44 | 0.00 | |
| | | | **Subtotal** | | 35,000.00 | 49,895.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,000.00** | **$49,895.44** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******95-66** | 15,000.00 | 104.56 | 0.00 |
| **Checking # ******2966** | 35,000.00 | 49,895.44 | 0.00 |
| | $50,000.00 | $50,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/19/2014 12:45 PM  V.13.15